11-6-08

Colin J. Rose
#09777X
2240 Hubbard Rd.
Youngstown, Ohio. 44505

RE: RETROACTIVE APPLICATION of the CRACK COCAINE guideline

TO: Honorable Judge Claude M. Hilton
United States District Court
401 Courthouse Square
Alexandria VA. 22314

Dear Judge Hilton
I hope this letter finds you and your family in the best of health. Judge please allow me to explain to you the reason for this letter.

When I was re-sentenced from Life to Twenty years my Criminal History points remain the same as 46 with a two points reduction from the Retroactive Application of the Crack Cocaine guideline to my case by reducing my guideline offense level by the two levels set forth in the Amended guideline.

Enclosed you will find a copy of my education transcript, and a copy of my statement of reasons which show the total offense level: 46 A level 46 is a life sentence which I don't have. Even a 2 points reduction will drop me to a level 44 which I will be qualified for a reduction.

Judge Hilton I have rehabilitate myself, I wrote six books one is now published which I gave my mother the rights to take care of herself, I'm just asking you kindly to check into my case, I was ordered to be deported, I have a big challenge to face when I return home to Jamaica because of the things Deputy Sheriff Robert Kendall did to me my uncle in Jamaica have retired as Deputy Commissioner of police, so by the reduction of my sentence, he will still have clout with the police department to get me protection, the longer I stay in prison, the less protection I will receive. Thanks for your patience and I pray that god bless you to make the right decision.

Yours Truly
Colin J. Rose

DEFENDANT: COLi. . RO..
CASE NUMBER: 1:97CR00225-001

## STATEMENT OF REASONS

[X] The court adopts the factual findings and guideline application in the presentence report.

OR

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary).

**Guideline Range Determined by the Court:**

Total Offense Level: 46

Criminal History Category: IV

Imprisonment Range: Life

Supervised Release Range: 3 to 10 years

Fine Range: $ 25,000 to $ 8,000,000

[X] Fine waived or below the guideline range because of inability to pay.

Restitution: $

[ ] Full restitution is not ordered for the following reason(s):

[X] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

[ ] The sentence departs from the guideline range.

[ ] upon motion of the government, as a result of defendant's substantial assistance.

[ ] for the following reason(s):

```
CAA2S            *          INMATE EDUCATION DATA        *    04-17-2008
PAGE 001 OF 001 *               TRANSCRIPT               *    17:04:17

REGISTER NO: 19442-083    NAME..: ROSE                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CAA-CANAAN USP

------------------------ EDUCATION INFORMATION ------------------------
                                          START DATE/TIME STOP DATE/TIME
FACL ASSIGNMENT DESCRIPTION
CAA  ESL HAS    ENGLISH PROFICIENT        07-19-1994 1424 CURRENT
CAA  GED HAS    COMPLETED GED OR HS DIPLOMA 03-03-2002 1248 CURRENT

------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
CAA        DEVELOP SKILLS FOR A BUSINESS. 04-02-2008 CURRENT
MVC        RELEASING ALIENS PREP PROGRAM 12-17-2007 02-22-2008  P   C  P   53
MVC        RELEASING ALIENS PREP PROGRAM 09-04-2007 11-20-2007  P   C  P   24
THA        ACE REAL ESTATE WED 6-7 PM    02-27-2006 06-29-2006  P   C  P   12
MCK        CMPTR VT OFFICE 2000 1230 M-F 05-03-2004 08-23-2004  P   C  M  140
MCK        RPP(6)-ANGER MANAGEMENT       03-10-2004 08-12-2004  P   C  P   16
MCK        ACE-BEGINNING ANATOMY         03-06-2004 05-08-2004  P   C  P   36
MCK        SPANISH 2 T-W (6:30-8:30)     03-01-2004 04-20-2004  P   C  P   46
MCK        RELATIONSHIPS-M/W/F 930-1130  02-09-2004 03-23-2004  P   C  P   45
MCK        ACE - CDL                     10-14-2003 01-08-2004  P   C  P   48
MCK        ACE - SPANISH THURS. 6:30-8:30 10-07-2003 12-03-2003 P   C  P   30
MCK        RPP(6)REINTEGRATE INTO FAMILY 10-12-2003 10-12-2003  P   C  P    8
MCK        ACE-BUS. MATH&ENG WED.630-830 05-12-2003 06-28-2003  P   C  P   52
BMM        ACE REAL ESTATE CLASS         12-22-2001 02-17-2002  P   C  P   16
ERE        PREGED: 4-8 GRD/ABNER/2-3     03-12-2001 09-11-2001  P   W  I   68
ERE        A&O FAMILIARIZATION - MAIN    02-08-2001 02-08-2001  P   C  P    7
PET        GED THIRD PERIOD              07-24-1994 01-13-1995  C   W  I    0
PET        GED SECOND PERIOD             07-24-1994 01-13-1995  C   W  I    0
PET        GED PERIOD I AM               07-24-1994 01-13-1995  P   W  I  360

-------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST         SCORE    TEST DATE   TEST FACL   FORM    STATE
ABLE       LANGUAGE         4.0     03-09-2001    ERE        F
           NUMBER OPR       4.9     03-09-2001    ERE        F
           PROB SOLV        5.8     03-09-2001    ERE        F
           READ COMP        9.9     03-09-2001    ERE        F
           SPELLING         8.6     03-09-2001    ERE        F
           VOCABULARY      11.9     03-09-2001    ERE        F




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```