IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | Criminal No. 1:97CR225 |
| | ) | |
| COLIN ROSE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Defendant's <u>pro se</u>

Motion For Reduction In Sentence pursuant to 18 U.S.C. Section

3582(c). It is hereby

ORDERED that the United States file an answer to the Motion

within thirty (30) days of the date of this Order.

The Clerk is DIRECTED to send a copy of this Order to the

Defendant, <u>pro se</u>, and a copy of the Defendant's Motion and this

Order to the United States Attorney and the Federal Public

Defender for this District.

_____/s/_____
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 21, 2009