IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:97cr225 (CMH) |
| | ) | |
| COLIN ROSE | ) | |

**RESPONSE OF THE UNITED STATES
TO MOTION FOR MODIFICATION OF SENTENCE**

The United States of America, by and through undersigned counsel, hereby responds in opposition to the motion of the defendant for a modification of sentence. The defendant apparently believes he is entitled to some relief as a result of the retroactive application of the amended crack cocaine guidelines pursuant to Title 18, United States Code Section 3582(c)(2) and U.S.S.G. § 1B1.10. The defendant is not entitled to any relief, however, as the defendant's guideline range of life in prison was the result of his conviction for both murder and drug trafficking (a sentence that was subsequently reduced to twenty years as a result of his cooperation), and that guideline range remains at life under the amended guidelines.

**CASE HISTORY:**

| | |
|---|---|
| BOP No. | 19442-083 |
| Offenses of Conviction | Count 1 – Conspiracy to Distribute Marijuana, Cocaine and Crack Cocaine, 21 U.S.C. § 846 |
| | Count 2 – Use of interstate facilities to commit crimes of violence (robbery resulting in death) 18 U.S.C. § 1952 |
| Original Sentencing Date | 12-12-1997 |
| Original Guideline Findings of the Court for Crack Offenses | |
|     Drug Quantity | More than 1.5 kilograms of crack; converted to 30,053 kilograms of marijuana |
|     Offense Level | 38 |
|     Gun Adjustment | +2 |
|     Role in Offense Adjustment | +4 |
|     Adjusted Offense Level – Drugs | 44 |
| Original Guideline Findings of the Court for Robbery Resulting in Death | |
|     Offense Level | 43 |
|     Victim Adjustment | +2 |
|     Role in Offense Adjustment | +2 |
|     Adjusted Offense Level – Robbery | 47 |
| Combined Guidelines | |
|     Drug Offense Level | 44 |

|  |  |
|---|---|
| Robbery Resulting in Death Offense Level | 47 |
| Increase for Multiple Counts | +2 |
| Combined Offense Level Total | 49 |
| Acceptance of Responsibility | -3 |
| Offense Level Total | 46 |
| Criminal History | IV |
| Guideline Range | Life |
| Original Sentence of Imprisonment | Life |
| Rule 35 Reduction – Resulting Sentence | 20 years |
| Pending Matters (Appeal or 28 U.S.C. § 2255) | No |

**REVISED GUIDELINES**

|  |  |
|---|---|
| Offenses of Conviction | Count 1 – Conspiracy to Distribute Marijuana, Cocaine and Crack Cocaine, 21 U.S.C. § 846 |
|  | Count 2 – Use of interstate facilities to commit crimes of violence (robbery resulting in death) 18 U.S.C. § 1952 |
| Original Guideline Findings of the Court for Crack Offenses |  |
| Drug Quantity | More than 1.5 kilograms of crack; converted to 30,053 kilograms of marijuana |
| Offense Level (U.S.S.G. § 2D1.1, Application Note 10(D)(I) | 36 |
| Gun Adjustment | +2 |
| Role in Offense Adjustment | +4 |

3

| | |
|---|---|
| Adjusted Offense Level – Drugs | 42 |

Original Guideline Findings of the Court for Robbery Resulting in Death

| | |
|---|---|
| Offense Level | 43 |
| Victim Adjustment | +2 |
| Role in Offense Adjustment | +2 |
| Adjusted Offense Level – Robbery | 47 |

Combined Guidelines

| | |
|---|---|
| Drug Offense Level | 42 |
| Robbery Resulting in Death Offense Level | 47 |
| Increase for Multiple Counts | +2 |
| Combined Offense Level Total | 49 |
| Acceptance of Responsibility | -3 |
| Offense Level Total | 46 |
| Criminal History | IV |
| Guideline Range | Life |

Thus, the defendant's Offense Level Total does not change because of the amended crack guidelines, and his original guideline sentence of life also does not change. The defendant is, therefore, not entitled to any relief under Title 18, United States Code Section 3582(c)(2) and U.S.S.G. § 1B1.10. Furthermore, given that the defendant's guideline sentence of life is not affected by the amended crack guidelines, the defendant's reduction of sentence from life to twenty years should also remain unaffected.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the defendant's motion be denied.

                                        Respectfully submitted,

                                        Dana J. Boente
                                        Acting United States Attorney

By:          /s/
               James L. Trump
               Virginia Bar No.: 33692
               Attorney for the United States of America
               United States Attorney's Office
               Justin W. Williams U.S. Attorney's Building
               2100 Jamieson Avenue
               Alexandria, Virginia 22314
               Phone: 703-299-3726
               Fax: 703-299-3981
               Email Address: jim.trump@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2009, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to counsel of record for the defendant. In addition, on February 26, 2009, a copy of the foregoing pleading was sent by mail to Colin Rose, No. 19442-083, 2240 Hubbard Road, Youngstown, Ohio 44505.

By: /s/
James L. Trump
Virginia Bar No.: 33692
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov